UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PAMELA J. JUSTUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 3:11-CV-148-PLR-CCS |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This Social Security appeal is before the Court on the Report and Recommendation filed by United States Magistrate Judge, C. Clifford Shirley [R. 21]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the Court is in complete agreement with the Magistrate Judge's conclusion that Plaintiff's Amended Motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, be granted, and that Plaintiff be awarded attorney fees of $3,701.50. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation under 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the Report and Recommendation, which the Court adopts and incorporates into its ruling, that

Plaintiff's original Motion for Attorney Fees [R. 14] is **DENIED AS MOOT;** Plaintiff's Amended Motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, [R. 16] is **GRANTED;** and Plaintiff's counsel is awarded attorney fees of $3,701.50.

**IT IS SO ORDERED.**

Enter:

_____
UNITED STATES DISTRICT JUDGE