UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


| | | |
|---|---|---|
| PAMELA J. JUSTUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:11-CV-148-PLR-CCS |
| | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |


**MEMORANDUM AND ORDER**


This Social Security appeal is before the Court on the Motion to Alter or Amend Order

filed by the Commissioner [R. 23]. The Commissioner points out that the Court mistakenly

awarded plaintiff attorney fees under 28 U.S.C. § 2412, instead of under 42 U.S.C. § 406(b).

The Commissioner states that plaintiff's counsel is aware of the contents of this motion, and is in

agreement with it.

After a careful review of this matter, the Court finds that the Commission is correct that

attorney fees in this case should be awarded under 42 U.S.C. § 406(b), rather than under 28

U.S.C. § 2412. Accordingly, the Commissioner's motion [R. 23] is **GRANTED**, and the order

in this case is amended as follows:

> It is **ORDERED,** for the reasons stated in the Report and
> Recommendation, which the Court adopts and incorporates into its ruling, that
> Plaintiff's original Motion for Attorney Fees [R. 14] is **DENIED AS MOOT;**

Plaintiff's Amended Motion for attorney fees under 42 U.S.C. § 406(b), [R. 16] is **GRANTED;** and Plaintiff's counsel is awarded attorney fees of $3,701.50.

**IT IS SO ORDERED.**

Enter:

_____
**UNITED STATES DISTRICT JUDGE**